UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 01-2952

KRYSTAL CADILLAC-OLDSMOBILE GMC TRUCK, INC.,
Appellants

v.

GENERAL MOTORS CORPORATION AND GENERAL MOTORS ACCEPTANCE CORPORATION,

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(Dist. Ct. No. 01-cv-00-2236)
District Judge: Hon. Sylvia H. Rambo

Argued: September 19, 2002

Present: SCIRICA, Chief Judge, ALITO and MCKEE, Circuit Judge

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was argued on September 19, 2002.

On consideration whereof, it is ORDERED and ADJUDGED by this Court that the judgment of the District Court dated June 21, 2001 affirming the Order of the Bankruptcy Court for the Middle District of Pennsylvania dated, November 24, 2000, be hereby AFFIRMED.

Received and Filed
7-28-03

Marcia M. Waldron,
Clerk

No. 01-2952
Page 2

Costs taxed against Appellant.

ATTEST:

*[signature]*

Clerk

Dated: July 28, 2003