# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

March 16, 2004

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Krystal Cadillac-Oldsmobile-GMC Truck, Inc.
v. General Motors Corporation and General Motors Acceptance Corporation
No. 03-1305
(Your No. 01-2952)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 22, 2003 and placed on the docket March 16, 2004 as No. 03-1305.

Sincerely,

William K. Suter, Clerk

by
Gail Johnson
Case Analyst