# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

May 17, 2004

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

RECEIVED
MAY 20 2004
U.S.C.A. 3rd. CIR.

Re: Krystal Cadillac-Oldsmobile-GMC Truck, Inc.
v. General Motors Corporation, et al.
No. 03-1305
(Your No. 01-2952)

Dear Clerk:

00-cv-02236

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

TO:     Clerk, United States District Court for the Middle District of PA
        (Harrisburg)

FROM:   Marcia M. Waldron, Clerk

Please find the enclosed Notice from the Supreme Court of the United States.

(5/31/00)